Submitted on record and briefs September 20, 1990, reversed January 9, 1991

STATE OF OREGON,
*Respondent,*

*v.*

DONALD LEE GOFF,
*Appellant.*

(P062559; CA A63994)

803 P2d 290

Garrett A. Richardson, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and De Muniz, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for driving under the influence of intoxicants. ORS 813.010. Earlier he had pleaded guilty to failure to perform the duties of a driver involved in an accident. ORS 811.700. Both charges arose from the same act of driving. Defendant's motion to dismiss on former jeopardy grounds under ORS 131.505 *et seq* and the United States and Oregon Constitutions was denied. The state concedes error. We accept the concession. *State v. Farley,* 301 Or 668, 725 P2d 359 (1986).

Reversed.